UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 20-2131-DMG<br>8:19-bk-11218 | Date | February 2, 2021 |

Title   *In re Debtor US Direct, LLC*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:   IN CHAMBERS – ORDER TO SHOW RE: DISMISSAL FOR LACK OF PROSECUTION**

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required:

___   entered stamped copy of order, judgment, or decree,

___   statement of issues,

___   designation of record,

_x_   transcripts, and

___   filing fee.

Appellant is Ordered to Show Cause no later than **February 16, 2021,** why the appeal should not be dismissed for these deficiencies. The Court may consider Appellant's filing of the missing required documents and fees to the Bankruptcy Court, along with a declaration of good cause for the delay, sufficient response to the order to show cause.

IT IS SO ORDERED.